**Opinion issued May 23, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00939-CV

_____

**KRISTOPHER LEANARD, Appellant**

**V.**

**ASHLEY DESIREE TRETSVEN, Appellee**

On Appeal from the 309th District Court
Harris County, Texas
Trial Court Case No. 2014-10847

## MEMORANDUM OPINION

Appellant, Kristopher Leanard, has filed a "Motion to Dismiss Appeal," stating that he "no longer wants to pursue the appeal" and requesting that the Court dismiss his appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although appellant's motion does not include a certificate of conference stating that appellant conferred or made a reasonable attempt to confer with appellee, Ashley Desiree Tretsven, regarding the relief requested in the motion, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.